IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JA'KERRA LASHE ROLLINS-BOOKER, | § § § | |
| Plaintiff, | § § | |
| v. | § § | No. 3:23-CV-2737-N-BW |
| SENTURE LLC, | § § | |
| Defendant. | § § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court. By separate judgment, this action will be **DISMISSED** with prejudice under 28 U.S.C. § 1915(e)(2)(B)(ii).

**SO ORDERED** this 5th day of December, 2025.

_____
DAVID C. GODBEY
SENIOR UNITED STATES DISTRICT JUDGE